# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 31, 2025

## NO. 03-23-00661-CV

**Jacinto Martinez, Appellant**

**v.**

**Baird/Williams Construction II, Ltd. d/b/a Baird/Williams Construction, Ltd.; and Baird/Williams Construction, Inc., Appellees**

### APPEAL FROM THE 169TH DISTRICT COURT OF BELL COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES THEOFANIS AND ELLIS
### AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
### OPINION BY JUSTICE ELLIS

This is an appeal from the judgment signed by the trial court on September 29, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the portion of the trial court's judgment granting summary judgment in favor of Baird/Williams Construction II, Ltd. d/b/a Baird/Williams Construction, Ltd. on Martinez's claims for negligence, gross negligence, and respondeat superior and remand to the trial court for further proceedings consistent with this opinion. We affirm the portion of the trial court's judgment granting summary judgment in favor of Baird/Williams Construction, Inc. The appellee Baird/Williams Construction II, Ltd. d/b/a

Baird/Williams Construction, Ltd. shall pay all costs relating to this appeal, both in this Court and in the court below.